UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **CHARLES L. EHLER,** ) | |
|       **Plaintiff,** ) | |
| **v.** ) | |
| ) | Case No. 06-2048 |
| **UAP DISTRIBUTION, INC., d/b/a** ) | |
| **United Agri-Products, Inc. and** ) | |
| **d/b/a UAP Richter; and** ) | |
| **DANE EHLER,** ) | |
|       **Defendants.** ) | |

# ORDER

      This action was removed to this Court from the Circuit Court for the Sixth Judicial Circuit, Champaign County, Illinois, on March 14, 2006.  The Notice of Removal (#1) asserted that the Court had jurisdiction because the citizenship of the parties was diverse and the amount in controversy exceeded $75,000.

      On September 25, 2006, Plaintiff filed a Motion for Leave to Add Party Defendant and Amend Complaint.  The amended complaint sought to add Dane Ehler as a Defendant. Defendant UAP Distribution, Inc. filed a written response and the Court conducted a hearing on October 13, 2006.  At the hearing, counsel confirmed that Dane Ehler was a citizen of Illinois.

      The Court granted the motion and directed that the Amended Complaint be filed.  As a result of the filing of the Amended Complaint and the addition of Dane Ehler as a Defendant herein, the citizenship of all parties is no longer diverse.  Accordingly, the Court no longer has jurisdiction.

      According to 28 U.S.C. § 1447(c), the district court must remand the case when it appears it lacks subject matter jurisdiction.  Accordingly, pursuant to said statute, this matter is

now remanded to the Circuit Court for the Sixth Judicial Circuit, Champaign County, Illinois. A certified copy of this Order shall be forwarded to the Clerk of said Court.

    ENTER this 19th day of October, 2006.

                                                                         s/ DAVID G. BERNTHAL
                                                                          U.S. MAGISTRATE JUDGE