AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**CHARLES L. EHLER,**
**Plaintiff,**

    vs.                                Case Number:   **06-2048**

**UAP DISTRIBUTION, INC., d/b/a**
**United Agri-Products, Inc. and**
**d/b/a UAP Richter; and**
**DANE EHLER,**
**Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the above captioned case is remanded back to the Sixth Judicial Circuit, Champaign County, Illinois.

                                                ENTER this 19th day of October 2006

                                                       s/JOHN M. WATERS, CLERK

                                                        JOHN M. WATERS, CLERK

                                                             s/K. Wynn
                                                      BY:  DEPUTY CLERK